JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFRA BLAKE JEFFERSON, | CV 24-6701 PA (KSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| LUX GROUP HOLDINGS LTD., | |
| Defendant. | |

Pursuant to the Court's November 5, 2024 Minute Order dismissing this action as having been filed in the wrong forum,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: November 5, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE